UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 18-266 (SRN/BRT) |
| | ) | |
| v.          Plaintiff, | ) | |
| | ) | **DEFENDANT'S PRETRIAL MOTION** |
| KERRY DALE KISSLINGER, | ) | **FOR DISCLOSURE OF 404(b)** |
| | ) | **EVIDENCE** |
| Defendant. | ) | |

The defendant, Kerry Kisslinger, by and through his attorney, hereby moves the Court for an order directing the government to immediately disclose any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Rule 404 of the Federal Rules of Evidence and further directing the government to identify the purposes for which the evidence is being offered. Disclosure three weeks before trial is requested in this particular case.

This motion is based on the indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

Dated:   December 19, 2018

Respectfully submitted,

*s/ Douglas Olson*

_____
DOUGLAS OLSON
Attorney ID No. 169067
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415