# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-266 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| KERRY DALE KISSLINGER, | |
| Defendant. | |

This matter is before the Court upon the pro se Motion of Defendant Kerry Dale Kisslinger to terminate his remaining probation term [Doc. No. 85]. The U.S. Probation Office filed a response objecting to the motion [Doc. No. 86].

Accordingly, based on foregoing, and all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the motion for early termination of probation [Doc. No. 85] is DENIED.

Dated: February 10, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge